IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROYZELL EASON, #117 051, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv9-TMH |
| ) | |
| THE ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. Plaintiff's complaint under 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's failure to prosecute this action and comply with the orders of this Court. An appropriate judgment will be entered.

Done this 2nd day of March, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE